UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

PELLEGRINO & FELDSTEIN, LLC
Denville, Law Center
290 Route 46 West
Denville, New Jersey 07834
(973) 586-2300
ATTORNEYS FOR MOVANT: US Bank as Custodian for Actlien Holding

**Order Filed on October 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:
Jonathan C. Cirigliano

CASE NO. 19-12302-JKS

CHAPTER 13

HEARING DATE:

## CONSENT ORDER

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: October 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: Jonathn C. Cirigliano

Case No: 19-12302-JKS

Caption of Order: CONSENT ORDER

Whereas Secured creditor US Bank Custodian for Actlien Holding which holds Tax Sale Certificate No. 17-00010 on premises known as 536 Bloomfield Avenue, Nutley, NJ was not notified of the debtor's within bankruptcy filing the parties agree that, it is hereby

ORDERED that the creditor herein is allowed to file a Proof of Claim and same shall be considered timely; and

It is further ordered that payment to creditor shall be made through the Chapter 13 Plan.

HEREBY AGREED AND CONSENTED TO BY:

PELLEGRINO & FELDSTEIN, LLC

BY:/s/Deborah Feldstein                          BY:/s/Scott D. Sherman
DEBORAH FELDSTEIN, ESQ.                  SCOTT D. SHERMAN, ESQ.
US Bank As Custodian for Actlien Holding    Attorney for the Debtor