UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

PELLEGRINO & FELDSTEIN, LLC
Denville, Law Center
290 Route 46 West
Denville, New Jersey 07834
(973) 586-2300
ATTORNEYS FOR MOVANT: US Bank as Custodian for Actlien Holding

**Order Filed on October 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:
Jonathan C. Cirigliano

CASE NO. 19-12302-JKS

CHAPTER 13

HEARING DATE:

**CONSENT ORDER**

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: October 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: Jonathn C. Cirigliano

Case No: 19-12302-JKS

Caption of Order: CONSENT ORDER

Whereas Secured creditor US Bank Custodian for Actlien Holding which holds Tax Sale Certificate No. 17-00010 on premises known as 536 Bloomfield Avenue, Nutley, NJ was not notified of the debtor's within bankruptcy filing the parties agree that, it is hereby

ORDERED that the creditor herein is allowed to file a Proof of Claim and same shall be considered timely; and

It is further ordered that payment to creditor shall be made through the Chapter 13 Plan.

HEREBY AGREED AND CONSENTED TO BY:

PELLEGRINO & FELDSTEIN, LLC

BY:/s/Deborah Feldstein                         BY:/s/Scott D. Sherman
DEBORAH FELDSTEIN, ESQ.                 SCOTT D. SHERMAN, ESQ.
US Bank As Custodian for Actlien Holding     Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Jonathan C Cirigliano  
    Debtor

Case No. 19-12302-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 18, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.  
db         +Jonathan C Cirigliano,    536 Bloomfield Ave.,    Nutley, NJ 07110-2269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2019 at the address(es) listed below:  
          Deborah T. Feldstein    on behalf of Creditor    US Bank Custodian for Actlien Holding dfeldstein@caplaw.net  
          Kevin Gordon McDonald    on behalf of Creditor    The Money Source Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Scott D. Sherman    on behalf of Debtor Jonathan C Cirigliano ssherman@minionsherman.com  
          Steven P. Kelly    on behalf of Creditor    The Money Source Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
          Steven P. Kelly    on behalf of Creditor    THE MONEY SOURCE, INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                  TOTAL: 7