Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−12302−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jonathan C Cirigliano
   536 Bloomfield Ave.
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−5980

Employer's Tax I.D. No.:
   47−4550918

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/15/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 15, 2020
JAN: zlh

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jonathan C Cirigliano  
    Debtor

Case No. 19-12302-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jan 15, 2020  
                Form ID: 148     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.

```
db              +Jonathan C Cirigliano,    536 Bloomfield Ave.,    Nutley, NJ 07110-2269
cr             ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:  Credit Acceptance Corporation,    25505 West 12 Mile Road,
                  Southfield, MI   48034)
cr              +THE MONEY SOURCE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                  Mt. Laurel, NJ 08054-3437
518008515       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
518126695       +PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
518126694      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,    50 Barrack Street,
                  PO Box 269,    Trenton, NJ 08695.)
518008518       +STERN & EISENBERG, PC,    485B Route 1 South,    Suite 330,    Iselin, NJ 08830-3067
518008517       +Stern & Eisenberg, P.C.,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3403
518008519       +The Money Source,    Attn: Bankruptcy,    500 South Broad St, Ste 100a,    Meriden, CT 06450-6755
518183269       +The Money Source Inc.,    500 South Broad Street, Suite 100A,    Meridan, CT 06450-6755
518008520       +The Money Store, Inc.,    30B Vreeland Road,    Suite 200 & 220,    Florham Park, NJ 07932-1926
518534271       +US Bank Custodian for Actlien Holding,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
                  Denville, NJ 07834-1239
518126696       +Viola Brothers, Inc,    180 Washington Ave.,    Nutley, NJ 07110-1922
518102796       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 00:17:50     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 00:17:46      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518008516      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 00:12:38      Credit One Bank,
                  Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
518126693       EDI: IRS.COM Jan 16 2020 04:33:00      Internal Revenue Service,    955 S. Springfield Ave.,
                  Springfield, NJ 07081.
518018303       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 00:12:46      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518066916       EDI: WFFC.COM Jan 16 2020 04:33:00      Wells Fargo Bank, N.A.,    P.O. Box 10438, MAC F8235-02F,
                  Des Moines, IA   50306-0438
518008521      +EDI: WFFC.COM Jan 16 2020 04:33:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                  Po Box 19657,    Irvine, CA 92623-9657
518008522      +EDI: WFFC.COM Jan 16 2020 04:33:00      Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,
                  Po Box 10438,    Des Moines, IA 50306-0438
                                                                                                TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +US Bank Custodian for Actlien Holding,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
                  Denville, NJ 07834-1239
518126697*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                          Signature:   /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                    Page 2 of 2                   Date Rcvd: Jan 15, 2020
                                  Form ID: 148                   Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Deborah T. Feldstein    on behalf of Creditor    US Bank Custodian for Actlien Holding
               dfeldstein@caplaw.net
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    The Money Source Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert Davidow    on behalf of Creditor    THE MONEY SOURCE, INC. nj.bkecf@fedphe.com
              Scott D. Sherman    on behalf of Debtor Jonathan C Cirigliano ssbankruptcy@minionsherman.com
              Steven P. Kelly    on behalf of Creditor    The Money Source Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    THE MONEY SOURCE, INC. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```