UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
50284
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Credit Acceptance Corporation
JM-5630

In Re:
JONATHAN C. CIRIGLIANO

Order Filed on January 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-12302 (JKS)

Adv. No.:

Hearing Date: 1-9-2020

Judge: Hon. John K. Sherwood

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 15, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:   Jonathan C. Cirigliano / 50284
Case No:   19-12302 (JKS)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Credit Acceptance Corporation** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Nicole Cirigliano** to permit **Credit Acceptance Corporation** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2007 Chevrolet Tahoe
Vehicle Identification Number
1GNFK13037R106185

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-12302-JKS
Jonathan C Cirigliano                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jan 15, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db             +Jonathan C Cirigliano,    536 Bloomfield Ave.,    Nutley, NJ 07110-2269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Deborah T. Feldstein    on behalf of Creditor    US Bank Custodian for Actlien Holding
               dfeldstein@caplaw.net
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    The Money Source Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Robert   Davidow    on behalf of Creditor    THE MONEY SOURCE, INC. nj.bkecf@fedphe.com
              Scott D. Sherman    on behalf of Debtor Jonathan C Cirigliano ssbankruptcy@minionsherman.com
              Steven P. Kelly    on behalf of Creditor    The Money Source Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    THE MONEY SOURCE, INC. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9